JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JULIO CRUZ,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>GOLDEN TOUCH AUTO BODY AND PAINT, INC., et al.,<br><br>　　　　Defendant(s). | No. SA CV 25-00208-DFM<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND REQUIRING FILING OF DISMISSAL[1] |

　　　　On September 5, 2025, Plaintiff filed a Notice of Settlement, stating that the parties have settled this case and that dispositional documents will be filed. See Dkt. 16. Accordingly, the Court hereby orders all proceedings in this case stayed pending final settlement.

　　　　It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause within **sixty (60) days**, to reopen the action if settlement is not consummated.

　　　　The parties shall file a stipulation for dismissal no later than **November**

---

[1] The hearing on Plaintiff's Motion for Default Judgment (Dkt. 15) set for September 9, 2025, is VACATED.

**4, 2025**. If no dismissal is filed, the Court will deem the matter dismissed at that time.

The Court retains full jurisdiction over this action, and this order shall not prejudice any party in the action.

Date: September 8, 2025

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge